UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDITH A. PACK,

      Plaintiff,

vs.                                          Case No. 8:07-cv-1562-T-27EAJ

UNIFUND CCR PARTNERS, G.P., et al.,

      Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 29) recommending that Defendants Pollack & Rosen, P.A. and Jonathan Singer's Motion to Dismiss Plaintiff's Amended Complaint or, in the Alternative, Motion for Summary Judgment (Dkt. 12) and Defendants', Unifund, CCRF and ZB, Motion to Dismiss Plaintiff's Amended Complaint or, in the Alternative, Motion for Summary Judgment (Dkt. 13) be granted and the case closed. Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

    1)    The Report and Recommendation (Dkt. 29) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Defendants Pollack & Rosen, P.A. and Jonathan Singer's Motion to Dismiss Plaintiff's Amended Complaint or, in the Alternative, Motion for Summary Judgment (Dkt. 12) is **GRANTED**;

3) Defendants', Unifund, CCRF and ZB, Motion to Dismiss Plaintiff's Amended Complaint or, in the Alternative, Motion for Summary Judgment (Dkt. 13) is **GRANTED**;

4) All pending motions are **DENIED** as moot;

5) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 12th day of March, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record